**Favis Clay MARTIN, Appellant,**

v.

**Ellen Y. MORGAN, Individually and in official capacity as a private citizen; Doug Morgan, Individually and in his official capacity as a private citizen;**

**Mark H. Neill, Individually and in his official capacity as a private citizen and attorney; Dennis J. Kehm, Individually and in his official capacity as a private citizen and State Court Judge; Mary R. Russell, Individually and in her official capacity as a private citizen and State Court Appeals Judge; Robert G. Dowd, Individually and in his official capacity as a private citizen and State Court Appeals Judge; Mary K. Hoff, Individually and in her official capacity as a private citizen and State Court Appeals Judge, Appellees.**

No. 02–2946.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 4, 2002.

Filed Sept. 16, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Federal prisoner Favis Clay Martin appeals the district court's [1] pre-service dismissal of his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we conclude dismissal of the complaint was proper for the reasons explained by the district court. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47A(a). We

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

also deny Mr. Martin's motion for a briefing schedule and his motion for counsel.